# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

160392 & (18)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANTHONY LEVELL HICKS,
     Defendant-Appellant.

SC: 160392
COA: 349843
Wayne CC: 84-004264-FC

_____/

On order of the Court, the application for leave to appeal the September 10, 2019 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Manning* (Docket No. 160034) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case. The motion to consolidate is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



Clerk

s0831